IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUPPLYONE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-3811 |
| | : | |
| TRIAD PACKAGING, INC., et al. | : | |

## **ORDER**

AND NOW, this 24th day of July, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants' Motion to Dismiss (Document 8) is GRANTED and Plaintiff's Amended Complaint is DISMISSED with prejudice.

It is further ORDERED Defendants' Motion for Leave to File Reply to Plaintiff's Supplemental Brief (Document 36) is DISMISSED as moot.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.